PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

APPROXIMATELY $13,830.00 IN
U.S. CURRENCY,

        Defendant.

2:22-MC-00198-MCE-CKD

STIPULATION AND ORDER EXTENDING TIME
FOR FILING A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT
ALLEGING FORFEITURE

It is hereby stipulated by and between the United States of America and potential claimant Erica Cardenas ("claimant"), by and through their respective counsel, as follows:

1.      On or about March 18, 2022, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $13,830.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 12, 2021.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was June 16, 2022.

4.    By Stipulation and Order filed June 29, 2022, the parties stipulated to extend to July 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 15, 2022.

Dated:    7/14/22                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant United States Attorney


Dated:    7/14/22                                    /s/ Melissa Dougherty
                                                    MELISSA DOUGHERTY
                                                    Attorney for potential claimant
                                                    Erica Cardenas
                                                    Villapudua & Somera, P.C.
                                                    2509 W. March Lane, Ste 200
                                                    Stockton, California 95207
                                                    (209) 956-1234
                                                    melissaca2vsfirm.com

                                                    (Signature authorized by phone)


        IT IS SO ORDERED.

Dated:  July 18, 2022

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time