1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:22-MC-00198-MCE-CKD

12            Plaintiff,

13       v.                           STIPULATION AND ORDER EXTENDING TIME
                                      FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $13,830.00 IN       AND/OR TO OBTAIN AN INDICTMENT
    U.S. CURRENCY,                    ALLEGING FORFEITURE
15

16            Defendant.

17

18       It is hereby stipulated by and between the United States of America and potential claimant Erica

19  Cardenas ("claimant"), by and through their respective counsel, as follows:

20       1.      On or about March 18, 2022, the claimant filed a claim in the administrative forfeiture

21  proceedings with the Federal Bureau of Investigation with respect to the Approximately $13,830.00 in U.S.

22  Currency (hereafter "defendant currency"), which was seized on May 12, 2021.

23       2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required

24  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

25  claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant

26  has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

27       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

                                    1
                                                      Stipulation and Order to Extend Time

is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was June 16, 2022.

4. By Stipulation and Order filed June 29, 2022, the parties stipulated to extend to July 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 18, 2022, the parties stipulated to extend to August 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed August 22, 2022, the parties stipulated to extend to September 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed September 21, 2022, the parties stipulated to extend to October 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed October 25, 2022, the parties stipulated to extend to December 12, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed December 16, 2022, the parties stipulated to extend to January 11, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

2

10. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 10, 2023.

Dated:     01/11/23                                              PHILLIP A. TALBERT
                                                                United States Attorney

                                                     By:    /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant United States Attorney

Dated:     01/10/23                                              /s/ Melissa Dougherty
                                                            MELISSA DOUGHERTY
                                                            Attorney for potential claimant
                                                            Erica Cardenas
                                                            Villapudua & Somera, P.C.
                                                            2509 W. March Lane, Ste 200
                                                            Stockton, California 95207
                                                            (209) 956-1234
                                                            melissa@vsfirm.com

                                                            (Signature authorized by email)

        IT IS SO ORDERED.

Dated:  January 13, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time